UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-22-6H

UNITED STATES OF AMERICA

v.   ORDER

MOHAMMED NASSIR ALI

This matter having come before the Court by Defendant's motion to adopt and join in co-Defendant Khashafa's response in opposition to the Government's motion for a discovery protective order [DE-129], for purposes of judicial economy, it is hereby ORDERED that Defendant's motion is granted.

This 14th day of March 2016.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge