PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Mohammed Nasser Ali                                Docket No. 5:16-CR-22-6 G

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Mohammed Nasser Ali, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 11th day of February, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The U.S. Probation Office is encountering difficulties monitoring Mr. Ali while he is at work due to the warehouse structure interfering with the Global Positioning Satellite (GPS) technology, which prevents an accurate location signal. The Probation Office believes that an alternative method of Location Monitoring utilizing Radio Frequency technology will allow adequate supervision of his curfew condition while also, allowing the defendant to continue work while under Pretrial Release. The Government has no opposition to this modification.

**PRAYING THAT THE COURT WILL ORDER**

The defendant must submit to the following monitoring and comply with all of the program requirements and instructions provided: Global Positioning Satellite (GPS) be modified to Location Monitoring with Radio Frequency technology.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610,<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: May 17, 2016 |

### ORDER OF THE COURT

Considered and ordered the __17th__ day of __May_____, 2016, and ordered filed and made part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge